# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D16-1888

———————————————

RASHA DEVONTE RICHARDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

September 11, 2019

PER CURIAM.

AFFIRMED. *See Rosier v. State*, 44 Fla. L. Weekly D1686 (Fla. 1st DCA June 28, 2019).

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Appellee.